AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: DMCA Subpoena to Imgur, LLC ) <br> _Plaintiff_ ) <br> v. ) <br> ) <br> ) <br> _Defendant_ ) | CV 13-80 235 MISC CRB <br> Civil Action No. <br> <br> (If the action is pending in another district, state where: <br> _____ District of _____ ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Alan Schaaf, Imgur, LLC, 929 Market Street, Suite 400, San Francisco, CA 94103

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A.

| Place: | Covington & Burling LLP <br> One Front Street, 35th Floor <br> San Francisco, CA 94111 | Date and Time: <br> 11/13/2013 1:00 PM |
|---|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

By Fax

Date: 11-1-13

RICHARD W. WIEKING
CLERK OF COURT

_Felicia Reloba_
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Rangers International Football Club plc _____, who issues or requests this subpoena, are:
Simon J. Frankel, Covington & Burling LLP, 35th Floor, One Front Street, San Francisco, CA 94111
sfrankel@cov.com, 415-591-6000

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  CV 13 80 235 Misc

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Alan Schaaf, Imgur, LLC
was received by me on *(date)*     11/04/2013    .

☑ I served the subpoena by delivering a copy to the named person as follows:  Sarah Schaaf, Director of Communications.  929 Market Street, Suite 400, San Francisco, CA 94103.

on *(date)*   11/04/2013   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    0.00    .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    11/11/2013

*Server's signature*

Billy Pena, Registration #1432, Santa Clara County
*Printed name and title*

Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
(415) 351-0400
*Server's address*

Additional information regarding attempted service, etc:
(Ref. 3224990)